IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY BUSSIE,

  Petitioner,

    v.

THOMAS P. MCNAMARA
FEDERAL PUBLIC DEFENDER,

  Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-2060-TWT

**ORDER**

This is a pro se habeas corpus action by a federal inmate in Butner, North Carolina. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 3 day of August, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Bussie\r&r.wpd